B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Marburn Stores, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>22-2180815 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>13-A Division Street<br>Fairview, NJ<br>ZIP Code 07022 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Bergen | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Daniel M. Stolz (DS-1827) ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                                                           Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>   Marburn Stores, Inc. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
 Marburn Stores, Inc.

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
 Signature of Debtor

**X** _____
 Signature of Joint Debtor

_____
 Telephone Number (If not represented by attorney)

_____
 Date

### Signature of Attorney*

**X** /s/ Daniel M. Stolz
 Signature of Attorney for Debtor(s)

 Daniel M. Stolz (DS-1827)
 Printed Name of Attorney for Debtor(s)

 WASSERMAN, JURISTA & STOLZ
 Firm Name
 110 Allen Road
 Suite 304
 Basking Ridge, NJ 07920

 Address

 Email: attys@wjslaw.com
 (973) 467-2700  Fax: (973) 467-8126
 Telephone Number

 March 13, 2015
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Edwin F. Hund
 Signature of Authorized Individual

 Edwin F. Hund
 Printed Name of Authorized Individual

 President & CEO
 Title of Authorized Individual

 March 13, 2015
 Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
 Signature of Foreign Representative

_____
 Printed Name of Foreign Representative

_____
 Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
 Address

**X** _____

_____
 Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

Marburn Stores Inc
Balance Sheet
For the Twelve Months Ending December 27, 2014

|  | As of 12/27/14 | As of 12/28/13 |
|---|---|---|
| **Assets** | | |
| Current Assets | | |
| Cash and cash equivalents | $285,984 | $419,540 |
| Inventory | 4,636,783 | 7,027,252 |
| Miscellaneous receivables | 130,204 | 163,837 |
| Prepaid expenses & other current assets | 65,573 | 113,810 |
| Refundable income taxes | 6,119 | 6,119 |
| Deferred income taxes | 11,000 | 11,000 |
| | 5,135,663 | 7,741,558 |
| Property & Equip, Net of Accumulated Depreciation | 1,058,828 | 1,379,417 |
| Other Assets | | |
| Security Deposits & Other Assets | 133,791 | 130,353 |
| | 6,328,282 | 9,251,328 |
| **Liabilities & Stockholders' Equity** | | |
| Current Liabilities | | |
| Accounts Payable | 1,246,200 | 2,102,585 |
| Accrued Expenses & Other Current Liabilities | 946,693 | 1,057,491 |
| Loan Payable | 595,267 | |
| | 2,788,160 | 3,160,076 |
| Stockholders' Equity | | |
| Common stock, $.01 par value, 1,000,000 shares authorized, 265,000 shares issued & outstanding | 11,340 | 11,340 |
| Retained Earnings | 3,528,782 | 6,079,912 |
| Total stockholders' equity | 3,540,122 | 6,091,252 |
| | 6,328,282 | 9,251,328 |

03/05/15
07:15 AM

## IN THE UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| **In the Matter of:** | } | |
| | } | Case No. |
| **Marburn Stores, Inc.,** | } | Chapter 11 |
| | } | |
| **Debtor** | } | |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Edwin F. Hund, declare under penalty of perjury that I am the President & CEO of Marburn Stores, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 13th day of March, 2015.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Edwin F. Hund, President & CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Edwin F. Hund, President & CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, Edwin F. Hund, President & CEO of this Corporation is authorized and directed to employ the law firm of WASSERMAN, JURISTA & STOLZ, P.C. to represent the Corporation in such bankruptcy case."

Date: 3|13|15                    Signed: _____
                                          EDWIN F. HUND, President & CEO

Resolution of Board of Directors
of
Marburn Stores, Inc.

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Edwin F. Hund, President & CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Edwin F. Hund, President & CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Edwin F. Hund, President & CEO of this Corporation is authorized and directed to employ the law firm of WASSERMAN, JURISTA & STOLZ, P.C. to represent the Corporation in such bankruptcy case.

Date:  3/13/15                    Signed:_____
                                         EDWIN F. HUND, President & CEO

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    Marburn Stores, Inc.
_____    Case No. _____
                          Debtor(s)    Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Achim Importing<br>58 Second Avenue<br>Brooklyn, NY 11215 | Achim Importing<br>58 Second Avenue<br>Brooklyn, NY 11215 | Trade debt | | 178,580.39 |
| Lorraine Home Fashions<br>295 Fifth Ave<br>Suite 506<br>New York, NY 10016 | Lorraine Home Fashions<br>295 Fifth Ave<br>Suite 506<br>New York, NY 10016 | Trade debt | | 135,890.40 |
| H C International, Inc.<br>37 Montclair Avenue<br>Little Falls, NJ 07424 | H C International, Inc.<br>37 Montclair Avenue<br>Little Falls, NJ 07424 | Trade debt | | 104,442.53 |
| United Curtain Co., Inc.<br>91 Wales Avenue<br>Avon, MA 02322 | United Curtain Co., Inc.<br>91 Wales Avenue<br>Avon, MA 02322 | Trade debt | | 89,696.01 |
| Regal Home Eollections<br>295 Fifth Avenue<br>Suite 1012<br>New York, NY 10016 | Regal Home Eollections<br>295 Fifth Avenue<br>Suite 1012<br>New York, NY 10016 | Trade debt | | 62,647.00 |
| 1888 Mills LLC<br>Dept. 4102<br>Carol Stream, IL 60122-4102 | 1888 Mills LLC<br>Dept. 4102<br>Carol Stream, IL 60122-4102 | Trade debt | | 62,090.32 |
| Ralph Friedland & Bros.<br>17 Industrial Drive<br>Keyport, NJ 07735 | Ralph Friedland & Bros.<br>17 Industrial Drive<br>Keyport, NJ 07735 | Trade debt | | 61,330.40 |
| David Dion & Ellis Segal<br>PO Box 1068<br>Riverside, NJ 08075 | David Dion & Ellis Segal<br>PO Box 1068<br>Riverside, NJ 08075 | Unpaid Rent | | 50,526.86 |
| Lichtenberg & Co., Inc.<br>295 Fifth Ave<br>Room 918<br>New York, NY 10016 | Lichtenberg & Co., Inc.<br>295 Fifth Ave<br>Room 918<br>New York, NY 10016 | Trade debt | | 48,689.43 |
| Kennedy International, Inc.<br>25 Stults Road<br>Dayton, NJ 08810 | Kennedy International, Inc.<br>25 Stults Road<br>Dayton, NJ 08810 | Trade debt | | 46,845.20 |
| Amazing Cedar, LLC<br>570 Seventh Avenue<br>Suite 500<br>New York, NY 10018 | Amazing Cedar, LLC<br>570 Seventh Avenue<br>Suite 500<br>New York, NY 10018 | unpaid rent | | 45,976.83 |

B4 (Official Form 4) (12/07) - Cont.

In re  Marburn Stores, Inc.                                           Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Horizon BCBS of NJ, Inc.<br>PO Box 1738<br>Newark, NJ 07101-1738 | Horizon BCBS of NJ, Inc.<br>PO Box 1738<br>Newark, NJ 07101-1738 | Insurance | | 44,198.96 |
| Croscill Home LLC<br>PO Box 934021<br>Atlanta, GA 31193-4021 | Croscill Home LLC<br>PO Box 934021<br>Atlanta, GA 31193-4021 | Trade debt | | 44,071.76 |
| Ricardo Trading, LLC<br>188 Sycamore Street<br>Watertown, MA 02472 | Ricardo Trading, LLC<br>188 Sycamore Street<br>Watertown, MA 02472 | Trade debt | | 43,414.30 |
| Amerock<br>Draper Hardware, LLC<br>75 Remittance Dr., Suite 1990<br>Chicago, IL 60675-1990 | Amerock<br>Draper Hardware, LLC<br>75 Remittance Dr., Suite 1990<br>Chicago, IL 60675-1990 | Trade debt | | 42,152.81 |
| Custom Data Systems<br>504 Washington Avenue<br>Kenilworth, NJ 07033 | Custom Data Systems<br>504 Washington Avenue<br>Kenilworth, NJ 07033 | Trade debt | | 41,093.75 |
| CHF Industries, Inc.<br>Dept. 40310<br>PO Box 740209<br>Atlanta, GA 30374-0209 | CHF Industries, Inc.<br>Dept. 40310<br>PO Box 740209<br>Atlanta, GA 30374-0209 | Trade debt | | 40,673.90 |
| G & S Shopping Court<br>150 East Route 59<br>Nanuet, NY 10954 | G & S Shopping Court<br>150 East Route 59<br>Nanuet, NY 10954 | Unpaid Rent | | 33,920.38 |
| Carnation Home Fashions<br>53 Jeanne Drive<br>Newburgh, NY 12550 | Carnation Home Fashions<br>53 Jeanne Drive<br>Newburgh, NY 12550 | Trade debt | | 30,594.40 |
| PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906 | PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906 | Utility Bills | | 29,796.60 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President & CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 13, 2015                         Signature   /s/ Edwin F. Hund
                                                          Edwin F. Hund
                                                          President & CEO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### District of New Jersey

In re    Marburn Stores, Inc.                      ,     Case No. _____

                             Debtor              Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 7,251,687.40 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 717,834.20 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 2,133,561.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 7,251,687.40 | | |
| Total Liabilities | | | | 2,851,396.13 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of New Jersey

In re      Marburn Stores, Inc. _____,      Case No. _____

                                                    Debtor

                                                                          Chapter_____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    Marburn Stores, Inc. _____,    Case No. _____
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

|  |  |  |  |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    Marburn Stores, Inc.                              ,    Case No. _____

                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Petty Cash | - | 500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | PNC Bank Accounts: Disbursement acct, 8292 - $296,347.00 | - | 296,347.00 |
| | | Store Accounts: Bank of America, 4389 - $11,066.89 Chase, 0203 - $9,548.56 Sovereign Bank/Santander, 3771 - $5,041.97 TD Bank, 0611 - $5,472.43 Valley National Bank, 3346 - $0.00 Wells Fargo, 5801 - $1,502.06 | - | 32,631.91 |
| | | NCR Merchants Solutions (credit card processing) | - | 0.00 |
| | | Telecheck Services (check payment services) | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | See Attached Rider-Security Deposits | - | 133,791.16 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

                                                                    Sub-Total >        463,270.07
                                                      (Total of this page)

    _3_   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Marburn Stores, Inc.                                            ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >                     0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Marburn Stores, Inc.    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Chevy Astro, approx. 179,298 miles | - | 1,905.00 |
| | | 2006 GMC TG33803, approx. 290,667 miles | - | 500.00 |
| | | 2008 GMC Savana 1500, approx. 219,644 miles | - | 3,713.00 |
| | | 2001 GMC Safari, approx. 181,268 miles | - | 1,045.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | computers, desks, printers, supplies, phone system | - | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | assorted store fixtures and equipment, book value | - | 1,976,254.33 |
| 30. Inventory. | | assorted curtains, bedding, etc.sold in retail stores, cost value | - | 4,800,000.00 |
| 31. Animals. | X | | | |

Sub-Total >    6,788,417.33
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Marburn Stores, Inc. _____,   Case No. _____
                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >              0.00
(Total of this page)

Sheet __3__ of __3__ continuation sheets attached          Total >       7,251,687.40
to the Schedule of Personal Property

                                                 (Report also on Summary of Schedules)

## 0093-000   Security Deposits

| Store | Lessor | Store # | Balance 12/31/2013 | Balance 12/27/2014 |
|---|---|---|---|---|
| 009 | Jersey Central P & L | 37 | $1,529.53 | $1,529.53 |
| 039 | Caldor | 39 | $6,500.00 | $6,500.00 |
| 042 | Shooster | 42 | $6,383.76 | $6,383.76 |
| 046 | Ablar Co | 46 | $45,246.04 | $45,246.04 |
| 099 | Bonanno | 99 | $52,892.49 | $53,172.75 |
| 107 | Plaza Leasing 200 | 107 | $10,020.83 | $10,020.83 |
| 047 | Atlantic City Electric | 47 | $2,200.00 | $2,200.00 |
| 041 | Peco Energy | 41 | | $1,663.37 |
| 042 | Peco Energy | 42 | | $1,494.38 |
| | Total | | $124,772.65 | $128,210.66 |

## 0095-000   Other Assets Deposits

| | Balance 12/31/2013 | Balance 12/27/2014 |
|---|---|---|
| PSEG Deposit | $ 4,980.50 | $ 4,980.50 |
| EFT Tax | $ 600.00 | $ 600.00 |
| Toal | $5,580.50 | $5,580.50 |

B6D (Official Form 6D) (12/07)

In re    Marburn Stores, Inc. _____,    Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Secured Purchase Agreement | | | | | |
| Business Financial Services 3301 N. University Drive, Suite 300 Coral Springs, FL 33065 | - | | | | All Asseets | | | | | |
| | | | | | Value $        6,922,708.49 | | | | 717,834.20 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

_0_ continuation sheets attached

| | Subtotal (Total of this page) | 717,834.20 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 717,834.20 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    Marburn Stores, Inc.                                                                    ,    Case No. _____
                                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re ___Marburn Stores, Inc._____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | Trade debt | | | | |
| 1888 Mills LLC Dept. 4102 Carol Stream, IL 60122-4102 | | | | | | | | | 62,090.32 |
| Account No. | | - | | | Trade debt | | | | |
| A L Ellis Inc. 113 Griffin Street Fall River, MA 02724 | | | | | | | | | 9,343.55 |
| Account No. | | - | | | Business Debt | | | | |
| A to Z Mechanical Inc. HVAC Contracting 309 Union Avenue Wood Ridge, NJ 07075 | | | | | | | | | 6,464.28 |
| Account No. | | - | | | Trade debt | | | | |
| AA Smith & Sons LLC 1358 Hooper Ave., #297 Toms River, NJ 08753 | | | | | | | | | 389.48 |

__37__ continuation sheets attached

Subtotal
(Total of this page)                    78,287.63

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc.                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Abalon Exterminating Co.<br>261 Fifth Avenue<br>Suite 1504<br>New York, NY 10016 | - | | Business Debt | | | | 219.77 |
| Account No.<br><br>Ablar Associates LLC<br>3101 South Ocean Drive<br>Unit 3505<br>Hollywood, FL 33019 | - | | unpaid rent | | | | 27,095.00 |
| Account No.<br><br>Abraham Eurotex<br>459 Courtland Street<br>Belleville, NJ 07109 | - | | Trade debt | | | | 4,426.00 |
| Account No.<br><br>Achim Importing<br>58 Second Avenue<br>Brooklyn, NY 11215 | - | | Trade debt | | | | 178,580.39 |
| Account No.<br><br>Actis, LLC<br>563 Villa Avenue<br>Staten Island, NY 10302 | - | | Trade debt | | | | 980.00 |

Sheet no. __1__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    211,301.16

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc.                                          ,          Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| ADP LLC PO Box 7247-0372 Philadelphia, PA 19170-0372 | - | | | | | | 5,607.90 |
| Account No. | | | Insurance | | | | |
| AFLAC 1932 Wynnton Road Columbus, GA 31999 | - | | | | | | 576.21 |
| Account No. | | | Business Debt | | | | |
| Allan B. Markoff 17 Grist Mill Court Kings Park, NY 11754 | - | | | | | | 594.04 |
| Account No. | | | Business Debt | | | | |
| Allied Fire & Safety Equip. Co., Inc. PO Box 607 Neptune, NJ 07754 | - | | | | | | 541.42 |
| Account No. | | | Business Debt | | | | |
| Allstate Fire Technologies 289 Sherman Avenue Newark, NJ 07114 | - | | | | | | 53.50 |

Sheet no. __2__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,373.07

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc.                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Allure Home Creation 85 Fulton Street Boonton, NJ 07005 | - | | | | | | 2,878.00 |
| Account No. | | | unpaid rent | | | | |
| Amazing Cedar, LLC 570 Seventh Avenue Suite 500 New York, NY 10018 | - | | | | | | 45,976.83 |
| Account No. | | | Trade debt | | | | |
| Amerock Draper Hardware, LLC 75 Remittance Dr., Suite 1990 Chicago, IL 60675-1990 | - | | | | | | 42,152.81 |
| Account No. | | | Trade debt | | | | |
| Anchor Sales & Marketing, Inc. d/b/a Anchor Home Products 755 Macopin Road, 1st Floor West Milford, NJ 07480 | - | | | | | | 13,694.00 |
| Account No. | | | Business Debt | | | | |
| APM Snow Removal 170 Regina Avenue Rahway, NJ 07065 | - | | | | | | 1,118.15 |

Sheet no. __3__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    105,819.79

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Marburn Stores, Inc.                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Aqua Pennsylvania, Inc. PO Box 1229 Newark, NJ 07101-1229 | | - | | | | | | 16.20 |
| Account No. | | | | Business Debt | | | | |
| Atlantic City Electric PO Box 13610 Philadelphia, PA 19101 | | - | | | | | | 1,821.09 |
| Account No. | | | | unpaid rent | | | | |
| Audobon Ventures II LLC 120 W. Germantown Pike Suite 120 Plymouth Meeting, PA 19462 | | - | | | | | | 10,000.00 |
| Account No. | | | | Trade debt | | | | |
| Beatrice Home Fashion 151 Helen Street South Plainfield, NJ 07080 | | - | | | | | | 26,061.00 |
| Account No. | | | | Trade debt | | | | |
| Bed Bath Fashions, Inc. 570 South Avenue East, Suite B-2 Cranford, NJ 07016 | | - | | | | | | 3,582.00 |

Sheet no. __4__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,480.29

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc.                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Benson Mills Co., Inc. 140 58th Street Bldg. A, Unit 7J Brooklyn, NY 11220 | - | | | | | | | 56.20 |
| Account No. | | | | Business Debt | | | | |
| Bergen Auto Specialists 728 Bergen Blvd. Ridgefield, NJ 07657 | - | | | | | | | 527.51 |
| Account No. | | | | Business Debt | | | | |
| Bergen Protective Systems 325 Sylvan Avenue Englewood Cliffs, NJ 07632 | - | | | | | | | 555.33 |
| Account No. | | | | | | | | |
| Bernard C. Hinden 3931 NE 27th Ave Pompano Beach, FL 33064 | - | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| Bess Home Fashions 155 Brookside Avenue West Warwick, RI 02893 | - | | | | | | | 1,945.50 |

Sheet no. __5__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,084.54

B6F (Official Form 6F) (12/07) - Cont.

In re __Marburn Stores, Inc._____,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Bethany Associates PO Box 986 Hammonton, NJ 08037 | - | | | | | | | 211.00 |
| Account No. | | | | Trade debt | | | | |
| Better Sleep, Inc. 100 Readington Road, Suite 2 Somerville, NJ 08876 | - | | | | | | | 3,003.70 |
| Account No. | | | | unpaid rent | | | | |
| Bonanno Real Estate Group II, L.P. 107 W. Tryon Avenue Teaneck, NJ 07666 | - | | | | | | | 28,451.36 |
| Account No. | | | | unpaid office rent | | | | |
| Bonanno Real Estate Group II, L.P. 107 W. Tryon Avenue Teaneck, NJ 07666 | - | | | | | | | 4,577.42 |
| Account No. | | | | Business Debt | | | | |
| Borough of Paramus 1 Jockish Square Paramus, NJ 07652 | - | | | | | | | 83.63 |

Sheet no. __6__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,327.11

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc.                                              ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Boston Warehouse 59 Davis Ave Norwood, MA 02062-3031 | | - | | | | | 1,811.64 |
| Account No. | | | Trade debt | | | | |
| Brite Supplies 110 Chestnut Ridge Road #189 Montvale, NJ 07645 | | - | | | | | 545.70 |
| Account No. | | | Trade debt | | | | |
| Broadview Networks, Inc. PO Box 9242 Uniondale, NY 11555-9242 | | - | | | | | 330.11 |
| Account No. | | | Utility Bills | | | | |
| Cablevision PA PO Box 371378 Pittsburgh, PA 15250-7378 | | - | | | | | 1,190.88 |
| Account No. | | | Utility Bills | | | | |
| Cablevision/MA PO Box 9256 Chelsea, MA 02150-9256 | | - | | | | | 254.70 |

Sheet no. _7__ of _37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,133.03

B6F (Official Form 6F) (12/07) - Cont.

In re   Marburn Stores, Inc.                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Carnation Home Fashions 53 Jeanne Drive Newburgh, NY 12550 | - | | | | | | | | 30,594.40 |
| Account No. | | | | | Business Debt | | | | |
| Cassone Leasing, Inc. 1950 Lakeland Avenue Ronkonkoma, NY 11779 | - | | | | | | | | 130.36 |
| Account No. | | | | | unpaid rent | | | | |
| Casual Male Retail Store, LLC 555 Turnpike Street Canton, MA 02021 | - | | | | | | | | 20,300.50 |
| Account No. | | | | | Business Debt | | | | |
| Central Window Cleaning 124 Front Street Room 201 Massapequa Park, NY 11762 | - | | | | | | | | 250.92 |
| Account No. | | | | | Trade debt | | | | |
| CHF Industries, Inc. Dept. 40310 PO Box 740209 Atlanta, GA 30374-0209 | - | | | | | | | | 40,673.90 |

Sheet no.  _8_  of _37_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

91,950.08

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Marburn Stores, Inc.                                         ,          Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| City of Philadelphia PO Box 8409 Philadelphia, PA 19101-8409 | - | | | | | | 12,120.30 |
| Account No. | | | Business Debt | | | | |
| City of Philadelphia Water Revenue Bureau PO Box 41496 Philadelphia, PA 19101-1496 | - | | | | | | 696.53 |
| Account No. | | | Business Debt | | | | |
| CLC Locksmiths 2103 Branch Pike Unit 5 Riverton, NJ 08077 | - | | | | | | 186.18 |
| Account No. | | | Utility Bills | | | | |
| Comcast Cable PO Box 1577 Newark, NJ 07101-1577 | - | | | | | | 91.76 |
| Account No. | | | Utility Bills | | | | |
| Comcast Cable PO Box 196 Newark, NJ 07101-0196 | - | | | | | | 493.80 |

Sheet no. __9__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          13,588.57

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc.                                                        ,      Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Comcast Cable/PA<br>PO Box 3002<br>Southeastern, PA 19398-3002 | - | | Utility Bills | | | | 1,078.97 |
| Account No.<br><br>Comcast/PA<br>PO Box 3001<br>Southeastern, PA 19398-3001 | - | | Business Debt | | | | 317.01 |
| Account No.<br><br>Commercial Janitorial<br>209 Second Street<br>Palisades Park, NJ 07650 | - | | Business Debt | | | | 909.50 |
| Account No.<br><br>Corona Curtain<br>155 Brookside Avenue<br>PO Box 190<br>West Warwick, RI 02893 | - | | Trade debt | | | | 28,819.00 |
| Account No.<br><br>Creative Bath Products<br>250 Creative Drive<br>Central Islip, NY 11722 | - | | Trade debt | | | | 2,428.69 |

Sheet no. __10__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,553.17

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc. _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Croscill Home LLC PO Box 934021 Atlanta, GA 31193-4021 | | - | | | | | | | 44,071.76 |
| Account No. | | | | | Trade debt | | | | |
| Curtain Chic 85 Wingold Street Fall River, MA 02720 | | - | | | | | | | 20,688.70 |
| Account No. | | | | | Trade debt | | | | |
| Custom Data Systems 504 Washington Avenue Kenilworth, NJ 07033 | | - | | | | | | | 41,093.75 |
| Account No. | | | | | Unpaid Rent | | | | |
| David Dion & Ellis Segal PO Box 1068 Riverside, NJ 08075 | | - | | | | | | | 50,526.86 |
| Account No. | | | | | Trade debt | | | | |
| Dependable Industries, Inc. 4100 First Avenue Brooklyn, NY 11232-3303 | | - | | | | | | | 7,500.63 |

Sheet no. __11__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

163,881.70

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc.                                                                , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Dex Media PO Box 619810 Dallas, TX 75261 | - | | | | | | | 1.66 |
| Account No. | | | | Trade debt | | | | |
| Doug, Don & Dad PO Box 516 Bensalem, PA 19020 | - | | | | | | | 36.04 |
| Account No. | | | | Trade debt | | | | |
| Duplitron, Inc. 225 Sand Road Suite 100 Fairfield, NJ 07004 | - | | | | | | | 857.65 |
| Account No. | | | | Trade debt | | | | |
| Edward Hughes & Son Inc. PO Box 29398 Philadelphia, PA 19125 | - | | | | | | | 250.00 |
| Account No. | | | | Utility Bills | | | | |
| Elizabethtown Gas PO Box 5412 Carol Stream, IL 60197-5412 | - | | | | | | | 2,020.46 |

Sheet no. __12__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,165.81

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Elrene Home Fashions 261 5th Avenue, 10th Floor New York, NY 10016 | | - | | | | | | 22,774.62 |
| Account No. | | | | Business Debt | | | | |
| Empire Waste Removal Corp. Harbor Carting Corp. PO Box 381 Commack, NY 11725-0381 | | - | | | | | | 132.52 |
| Account No. | | | | Trade debt | | | | |
| Europatex, Inc. 301 Summit Avenue Jersey City, NJ 07306 | | - | | | | | | 59.40 |
| Account No. | | | | Trade debt | | | | |
| Excell Home Fashions, Inc. PO Box 602294 Charlotte, NC 28260-2294 | | - | | | | | | 15,985.15 |
| Account No. | | | | Business Debt | | | | |
| Federal Cleaning P.O. Box 516 Manasquan, NJ 08736 | | - | | | | | | 175.48 |

Sheet no. __13__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,127.17

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Marburn Stores, Inc. _____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| Fedex P.O. Box 371461 Pittsburgh, PA 15250 | | - | | | | | | 22,017.72 |
| Account No. | | | | Unpaid Rent | | | | |
| G & S Shopping Court 150 East Route 59 Nanuet, NY 10954 | | - | | | | | | 33,920.38 |
| Account No. | | | | Business Debt | | | | |
| Gaeta Recycling Co, Inc. 278 West Railway Ave. Paterson, NJ 07503 | | - | | | | | | 1,356.39 |
| Account No. | | | | Trade debt | | | | |
| George Leck & Son, Inc. PO Box 2609 Ivyland, PA 18974-2609 | | - | | | | | | 535.37 |
| Account No. | | | | Trade debt | | | | |
| Ginsey Industries, Inc. PO Box 828683 Philadelphia, PA 19182-8683 | | - | | | | | | 945.75 |

Sheet no. __14__ of __37__ sheets attached to Schedule of                Subtotal          58,775.61
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc.                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid Rent | | | | |
| Goodmill LLC c/o Goodman Properties 636 Old York Road, Second Floor Jenkintown, PA 19046 | | - | | | | | 16,615.16 |
| Account No. | | | Trade debt | | | | |
| H C International, Inc. 37 Montclair Avenue Little Falls, NJ 07424 | | - | | | | | 104,442.53 |
| Account No. | | | | | | | |
| Hartford Corners 3 Corp. PO Box 6149 Hicksville, NY 11802-6149 | | - | | | | | 17,798.00 |
| Account No. | | | Trade debt | | | | |
| HDS Trading Corp. PO Box 798001 Saint Louis, MO 63179-8000 | | - | | | | | 14,495.40 |
| Account No. | | | Trade debt | | | | |
| Home Fashion International 315 5th Avenue, Suite 601 New York, NY 10016 | | - | | | | | 24,459.80 |

Sheet no. __15__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

177,810.89

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc.                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Insurance | | | | |
| Horizon BCBS of NJ, Inc. PO Box 1738 Newark, NJ 07101-1738 | - | | | | | | 44,198.96 |
| Account No. | | | Business Debt | | | | |
| HRL Landscape Contractors PO Box 2423 Wayne, NJ 07474 | - | | | | | | 6,099.01 |
| Account No. | | | Business Debt | | | | |
| Huntington Window Cleaning PO Box 562 Huntington, NY 11743 | - | | | | | | 38.00 |
| Account No. | | | Trade debt | | | | |
| Impact CDC 1952 E. Allegheny Ave Philadelphia, PA 19134 | - | | | | | | 1,972.00 |
| Account No. | | | Trade debt | | | | |
| Imperial Bag & Paper Co. 255 Route 1&9 Jersey City, NJ 07306 | - | | | | | | 984.76 |

Sheet no. __16__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,292.73

B6F (Official Form 6F) (12/07) - Cont.

In re  Marburn Stores, Inc._____,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Inter Design, Inc. PO Box 39606 Solon, OH 44139-0606 | - | | | | | | 19,334.65 |
| Account No. | | | Business Debt | | | | |
| Interstate Waste Services PO Box 554744 Detroit, MI 48255-4744 | - | | | | | | 43.35 |
| Account No. | | | Unpaid Rent | | | | |
| J & I Realty Associates, LLC c/o AAC Management Corp. 150 East 58th Street, 39th Floor New York, NY 10155 | - | | | | | | 21,756.65 |
| Account No. | | | Trade debt | | | | |
| J R Packaging Co., Inc. PO Box 1183 Bronx, NY 10471 | - | | | | | | 5,800.00 |
| Account No. | | | Trade debt | | | | |
| J.F. Huebner & Son 13131-R Townsend Road Philadelphia, PA 19154-1013 | - | | | | | | 2,610.00 |

Sheet no. __17__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,544.65

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc.                                            ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Jamaica Ash & Rubbish 172 School St PO Box 833 Westbury, NY 11590 | - | | | | | | 168.37 |
| Account No. | | | Utility Bills | | | | |
| JCP&L PO Box 3687 Akron, OH 44309-3687 | - | | | | | | 4,302.46 |
| Account No. | | | Trade debt | | | | |
| JFI Printing Inc. 107 Terrace Ave Butler, NJ 07405 | - | | | | | | 1,402.86 |
| Account No. | | | Business Debt | | | | |
| John Asta & Company PO Box L-715 Langhorne, PA 19047 | - | | | | | | 63.55 |
| Account No. | | | | | | | |
| Joseph Silverman 1733 Sea Fair Drive Unit 15167 Saint Augustine, FL 32080 | - | | | | | | Unknown |

Sheet no. __18__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            5,937.24

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trade debt | | | | |
| K Wik-Ticket, Inc. 4101 Glenwood Road Brooklyn, NY 11210 | | | | | | | | 1,496.50 |
| Account No. | | - | | Trade debt | | | | |
| Kennedy International, Inc. 25 Stults Road Dayton, NJ 08810 | | | | | | | | 46,845.20 |
| Account No. | | - | | Trade debt | | | | |
| Kenney Manufacturing Co. Attn: Accounts Receivable 1000 Jefferson Blvd Warwick, RI 02886 | | | | | | | | 24,562.48 |
| Account No. | | - | | Trade debt | | | | |
| Kikkerland Design, Inc. c/o JP Morgan Chase PO Box 30892 New York, NY 10087-0892 | | | | | | | | 1,428.00 |
| Account No. | | - | | Trade debt | | | | |
| Kmart Corporation 12664 Collections Center Drive Chicago, IL 60693 | | | | | | | | 28,443.11 |

Sheet no. __19__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

102,775.29

B6F (Official Form 6F) (12/07) - Cont.

In re   Marburn Stores, Inc. _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Unpaid Rent | | | | |
| Lanes Mill Associates, LLC 350 Sentry Parkway, Bldg. 630 Suite 300 Blue Bell, PA 19422 | | - | | | | | | 18,206.15 |
| Account No. | | | | Trade debt | | | | |
| Larry's Florist, Inc. 662 Anderson Ave Cliffside Park, NJ 07010 | | - | | | | | | 112.00 |
| Account No. | | | | Trade debt | | | | |
| Lees Curtain Company 261 Fifth Avenue 11th Floor New York, NY 10016 | | - | | | | | | 13,477.40 |
| Account No. | | | | Trade debt | | | | |
| Levinsohn Textile Co. Inc. 230 Fifth Ave Suite 1510 New York, NY 10001 | | - | | | | | | 14,828.00 |
| Account No. | | | | Trade debt | | | | |
| Lichtenberg & Co., Inc. 295 Fifth Ave Room 918 New York, NY 10016 | | - | | | | | | 48,689.43 |

Sheet no. __20__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                95,312.98

B6F (Official Form 6F) (12/07) - Cont.

In re  Marburn Stores, Inc.                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Unpaid Rent | | | | |
| Longfish Improvement, LLC c/o DLC Management Corp. PO Box 5122 White Plains, NY 10602 | - | | | | | | | | 15,947.94 |
| Account No. | | | | | Trade debt | | | | |
| Lorraine Home Fashions 295 Fifth Ave Suite 506 New York, NY 10016 | - | | | | | | | | 135,890.40 |
| Account No. | | | | | Trade debt | | | | |
| Louis T. Roselle 54 Montesano Road Fairfield, NJ 07004-3310 | - | | | | | | | | 449.46 |
| Account No. | | | | | Trade debt | | | | |
| Madison Industries, Inc. 295 Fifth Ave Suite 512 New York, NY 10016 | - | | | | | | | | 12,695.40 |
| Account No. | | | | | Trade debt | | | | |
| Mohawk Factoring, Inc. 160 South Industrial Blvd Calhoun, GA 30701 | - | | | | | | | | 3,858.20 |

Sheet no. __21__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

168,841.40

B6F (Official Form 6F) (12/07) - Cont.

In re  Marburn Stores, Inc. _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| MSM Industries Marketing & Sales Mgmt. Corp. PO Box 23077 Columbus, GA 31902 | - | | | | | | | 649.60 |
| Account No. | | | | Trade debt | | | | |
| Muniservices LLC 51 North 3rd Street PMB#215 Philadelphia, PA 19106-4597 | | | | | | | | 1,237.95 |
| Account No. | | | | Trade debt | | | | |
| Natco Product Corp. 155 Brookside Ave West Warwick, RI 02893 | - | | | | | | | 4,102.80 |
| Account No. | | | | Trade debt | | | | |
| National Grid PO Box 11791 Newark, NJ 07101-4791 | - | | | | | | | 1,384.39 |
| Account No. | | | | Trade debt | | | | |
| Newell Rubbermaid, Inc. 75 Remittance Drive Suite 1167 Chicago, IL 60675-1167 | - | | | | | | | 2,607.05 |

Sheet no. __22__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    9,981.79

B6F (Official Form 6F) (12/07) - Cont.

In re  Marburn Stores, Inc. _____,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Nidico Group a/k/a Oxford Home Fashions 775 American Drive Bensalem, PA 19020 | - | | | | | | | 3,031.20 |
| Account No. | | | | Utility Bills | | | | |
| NJ American Water Co. Box 371331 Pittsburgh, PA 15250-7331 | - | | | | | | | 565.24 |
| Account No. | | | | Utility Bills | | | | |
| NJ Natural Gas PO Box 11743 Newark, NJ 07101-4743 | - | | | | | | | 2,724.36 |
| Account No. | | | | Unpaid Rent | | | | |
| Office Two Limited Partnership c/o PNC Bank National Assoc. PO Box 827159 Philadelphia, PA 19182-7159 | - | | | | | | | 17,752.27 |
| Account No. | | | | Unpaid Rent | | | | |
| Old 29 LLC 11 Saratoga Drive Manalapan, NJ 07726 | - | | | | | | | 27,826.29 |

Sheet no. __23__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,899.36

B6F (Official Form 6F) (12/07) - Cont.

In re   Marburn Stores, Inc.                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Orange and Rockland PO Box 1005 Spring Valley, NY 10977 | - | | | | | | | 1,282.33 |
| Account No. | | | | Business Debt | | | | |
| Paetec Communications, Inc. PO Box 9001013 Louisville, KY 40290-1013 | - | | | | | | | 503.00 |
| Account No. | | | | Trade debt | | | | |
| Paris Presents, Inc. 2911 Momentum Place Chicago, IL 60689-5329 | - | | | | | | | 1,868.06 |
| Account No. | | | | Unpaid Rent | | | | |
| Patchogue Realty Assoc. LLC c/o Pergament Properties 95 Froehlich Farm Blvd Woodbury, NY 11797 | - | | | | | | | 21,994.02 |
| Account No. | | | | Trade debt | | | | |
| PDK Worldwide Enterprises, Inc. 240 Fifth Avenue New York, NY 10001 | - | | | | | | | 12,730.05 |

Sheet no. __24__ of __37__ sheets attached to Schedule of              Subtotal               38,377.46
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Marburn Stores, Inc._____,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility Bills | | | | |
| Peco Energy PO Box 37629 Philadelphia, PA 19101 | - | | | | | | 9,151.75 |
| Account No. | | | Trade debt | | | | |
| Peerless Data Systems 750 Hamburg Turnpike Pompton Lakes, NJ 07442 | - | | | | | | 3,112.50 |
| Account No. | | | Trade debt | | | | |
| Pegasus Pillow Co. 107 Trumbull St Elizabethport, NJ 07206 | - | | | | | | 16,462.10 |
| Account No. | | | Utility Bills | | | | |
| Philadelphia Gas Works PO Box 11700 Newark, NJ 07101-4700 | - | | | | | | 1,704.12 |
| Account No. | | | Unpaid Rent | | | | |
| PK Properties Corp. Melville Properties, LLC 119 West 72nd Street, Box 128 New York, NY 10023 | - | | | | | | 14,365.37 |

Sheet no. __25__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          44,795.84

B6F (Official Form 6F) (12/07) - Cont.

In re  Marburn Stores, Inc.                                              ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Unpaid Rent | | | | |
| Plaza 200 Associates LLC 591 Stewart Avenue Suite 100 Garden City, NY 11530 | | - | | | | | | 14,735.36 |
| Account No. | | | | Trade debt | | | | |
| President Industrial Products LLC PO Box 387 Wood Ridge, NJ 07075-0387 | | - | | | | | | 786.92 |
| Account No. | | | | Utility Bills | | | | |
| PSE&G PO Box 14444 New Brunswick, NJ 08906 | | - | | | | | | 29,796.60 |
| Account No. | | | | Utility Bills | | | | |
| PSE&G Long Island PO Box 888 Hicksville, NY 11802-0888 | | - | | | | | | 5,777.39 |
| Account No. | | | | Trade debt | | | | |
| Quill Corp. PO Box 37600 Philadelphia, PA 19101-0600 | | - | | | | | | 3,034.97 |

Sheet no. __26__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,131.24

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Marburn Stores, Inc. _____,     Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Ralph Friedland & Bros. 17 Industrial Drive Keyport, NJ 07735 | - | | | | | | | 61,330.40 |
| Account No. | | | | Trade debt | | | | |
| Regal Home Eollections 295 Fifth Avenue Suite 1012 New York, NY 10016 | - | | | | | | | 62,647.00 |
| Account No. | | | | Business Debt | | | | |
| Reliable Fire Protection 20 Meridian Road, Sute 1 Eatontown, NJ 07724 | - | | | | | | | 233.26 |
| Account No. | | | | Business Debt | | | | |
| Retrans Freight 420 Airport Road PO Box 9490 Fall River, MA 02720 | - | | | | | | | 17,650.76 |
| Account No. | | | | Trade debt | | | | |
| Ricardo Trading, LLC 188 Sycamore Street Watertown, MA 02472 | - | | | | | | | 43,414.30 |

Sheet no. __27__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

185,275.72

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc. _____ ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Richloom Home Fashions 261 fth Avenue New York, NY 10016 | | - | | | | | | 8,886.34 |
| Account No. | | | | Trade debt | | | | |
| Saturday Knight Ltd. 2100 Section Road Cincinnati, OH 45237-3510 | | - | | | | | | 3,393.50 |
| Account No. | | | | Business Debt | | | | |
| Sentinel Fire Control 9034 Tonnelle Ave North Bergen, NJ 07047 | | - | | | | | | 81.59 |
| Account No. | | | | Utility Bills | | | | |
| Smartwatt Energy Inc. 3 Roselle Drive Ballston Lake, NY 12019 | | - | | | | | | 1,750.43 |
| Account No. | | | | Utility Bills | | | | |
| South Jersey Gas Company PO Box 6091 Bellmawr, NJ 08099-6091 | | - | | | | | | 3,176.89 |

Sheet no. __28__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         17,288.75

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc.                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Standard Textile Co. PO Box 3000 Baltimore, MD 21229 | | - | | | | | 999.19 |
| Account No. | | | Trade debt | | | | |
| Supervalu Inc. New Albertsons Inc. PO Box 956679 Saint Louis, MO 63195-6679 | | - | | | | | 1,416.67 |
| Account No. | | | Insurance | | | | |
| The Paul Revere Lie Ins. 5829 Collections Center Drive Chicago, IL 60693 | | - | | | | | 750.33 |
| Account No. | | | Utility Bills | | | | |
| Time Warner Cable PO Box 11820 Newark, NJ 07101-8120 | | - | | | | | 459.15 |
| Account No. | | | Business Debt | | | | |
| Todaro & Sons Maintenance Service 2077 Morrison Avenue Union, NJ 07083 | | - | | | | | 32.10 |

Sheet no. __29__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            3,657.44

B6F (Official Form 6F) (12/07) - Cont.

In re  Marburn Stores, Inc. _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Toms River Township Fire Commissioners PO Box 728 Toms River, NJ 08754 | - | | | | | | | 105.00 |
| Account No. | | | | Trade debt | | | | |
| Town & Country Linen Corp. 475 Oberlin Ave. South Lakewood, NJ 08701-6904 | - | | | | | | | 15,872.40 |
| Account No. | | | | Business Debt | | | | |
| Township of Ridley Tri State Financial Group PO Box 38 Bridgeport, PA 19405 | - | | | | | | | 1,799.00 |
| Account No. | | | | Business Debt | | | | |
| Township of Union 981 Caldwell Ave Union, NJ 07083 | - | | | | | | | 10.00 |
| Account No. | | | | Unpaid Rent | | | | |
| Trackstar Partners 5803 15th Street East Bradenton, FL 34203 | - | | | | | | | 13,622.00 |

Sheet no. __30__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      31,408.40

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc.                                                                    ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                        | | | | Insurance | | | | |
| Tri State Insurance Fund NYSIF Disability Benefits PO Box 5239 New York, NY 10008-5239 | | - | | | | | | 122.69 |
| Account No.                                        | | | | Trade debt | | | | |
| Tri-State Carting, Inc. PO Box 5298 Toms River, NJ 08754-5298 | | - | | | | | | 447.67 |
| Account No.                                        | | | | Business Debt | | | | |
| Tulpehocken Spring Water 200 North 1st St., Suite E Stroudsburg, PA 18360-2518 | | - | | | | | | 301.27 |
| Account No.                                        | | | | Business Debt | | | | |
| Tyco Integrated Security LLC PO Box 371967 Pittsburgh, PA 15250-7967 | | - | | | | | | 1,399.78 |
| Account No.                                        | | | | Insurance | | | | |
| Union Security Ins. Co. Assurant Employee Benefits PO Box 807009 Kansas City, MO 64184-7009 | | - | | | | | | 18.19 |

| | | | |
|---|---|---|---|
| Sheet no. __31__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal (Total of this page) | 2,289.60 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Marburn Stores, Inc.                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Unique Lawn Care Inc. 286 Werimus Road Woodcliff Lake, NJ 07677-7714 | - | | | | | | | 5,296.50 |
| Account No. | | | | Trade debt | | | | |
| United Curtain Co., Inc. 91 Wales Avenue Avon, MA 02322 | - | | | | | | | 89,696.01 |
| Account No. | | | | Business Debt | | | | |
| United Parcel Service PO Box 7247-0244 Philadelphia, PA 19170-0001 | - | | | | | | | 5,077.69 |
| Account No. | | | | Utility Bills | | | | |
| United Water New Jersey PO Box 371804 Pittsburgh, PA 15250 | - | | | | | | | 51.61 |
| Account No. | | | | Utility Bills | | | | |
| United Water New York PO Box 371804 Pittsburgh, PA 15250 | - | | | | | | | 61.59 |

Sheet no. __32__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          100,183.40

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc.                                    ,          Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Insurance | | | | |
| UNUM Life Insurance Co. of America PO Box 406990 Atlanta, GA 30384-6990 | - | | | | | | 628.56 |
| Account No. | | | Business Debt | | | | |
| USA Security Services, Inc. 240 Frisch Court Suite 303 Paramus, NJ 07652 | - | | | | | | 737.34 |
| Account No. | | | Insurance | | | | |
| Usable Life PO Box 8186 Little Rock, AR 72203-8186 | - | | | | | | 154.68 |
| Account No. | | | Utility Bills | | | | |
| Verizon PO Box 4833 Trenton, NJ 08650-4833 | - | | | | | | 6,357.24 |
| Account No. | | | Utility Bills | | | | |
| Verizon PO Box 15124 Albany, NY 12212-5124 | - | | | | | | 3,130.15 |

Sheet no. __33__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,007.97

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc.                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility Bills | | | | |
| Verizon PO Box 28000 Lehigh Valley, PA 18002 | - | | | | | | 535.42 |
| Account No. | | | Utility Bills | | | | |
| Verizon PO Box 920041 Dallas, TX 75392-0041 | - | | | | | | 1,186.70 |
| Account No. | | | Utility Bills | | | | |
| Verizon PO Box 4648 Trenton, NJ 08650-4648 | - | | | | | | 602.75 |
| Account No. | | | Utility Bills | | | | |
| Verizon Business PO Box 660720 Dallas, TX 75266-0720 | - | | | | | | 982.21 |
| Account No. | | | Trade debt | | | | |
| Verlcro USA, Inc. PO Box 414871 Boston, MA 02241-4871 | - | | | | | | 1,470.24 |

Sheet no. __34__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,777.32

B6F (Official Form 6F) (12/07) - Cont.

In re    Marburn Stores, Inc. _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trade debt | | | | |
| Versailles Home Fashions 8551 Ray Lawson Blvd. Ville D'Anju QUEBEC CANADA  H1J 1K6 | | | | | | | | 5,064.40 |
| Account No. | | - | | Trade debt | | | | |
| Victoria Classics d/b/a Textiles from Europe, Inc. Box 347123 Pittsburgh, PA 15251-7123 | | | | | | | | 2,394.75 |
| Account No. | | - | | Trade debt | | | | |
| Vivatex Home Collections, Inc. 230 5th Avenue Suite 705 New York, NY 10001 | | | | | | | | 10,605.50 |
| Account No. | | - | | Business Debt | | | | |
| Waste Industries, Inc. 800 East Grand St. Elizabeth, NJ 07201 | | | | | | | | 99.10 |
| Account No. | | - | | Business Debt | | | | |
| Waste Management, Inc. PO Box 13648 Philadelphia, PA 19101-3648 | | | | | | | | 3,805.39 |

Sheet no. __35__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           21,969.14

B6F (Official Form 6F) (12/07) - Cont.

In re   Marburn Stores, Inc.                                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Business Debt | | | | |
| Western Pest Services 177 Route 37 West Road Toms River, NJ 08755-8046 | | | | | | | | 141.24 |
| Account No. | | - | | Business Debt | | | | |
| Western Pest Services 20 West Ridgewood Ave Paramus, NJ 07652-2333 | | | | | | | | 177.62 |
| Account No. | | - | | Business Debt | | | | |
| Western Pest Services 423 Shrewsbury Ave Shrewsbury, NJ 07702-4012 | | | | | | | | 205.44 |
| Account No. | | - | | Business Debt | | | | |
| Western Pest Services PO Box 259 Spring House, PA 19477-0259 | | | | | | | | 193.98 |
| Account No. | | - | | Business Debt | | | | |
| Western Termine & Pest 3310 West Chester Pike Newtown Square, PA 19073-4611 | | | | | | | | 98.58 |

Sheet no. __36__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            816.86

B6F (Official Form 6F) (12/07) - Cont.

In re __Marburn Stores, Inc._____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| Western Termite Services 458 Rotue 38 East Maple Shade, NJ 08052 | | - | | | | | | 289.98 |
| Account No. | | | | Trade debt | | | | |
| Windham Home 155 Brookside Avenue West Warwick, RI 02893 | | - | | | | | | 4,712.40 |
| Account No. | | | | Trade debt | | | | |
| Worldwide Window Fashions PO Box 46945 Philadelphia, PA 19160 | | - | | | | | | 187.25 |
| Account No. | | | | Trade debt | | | | |
| Y.M.F. Carpet, Inc. 5 Truman Dr. South Edison, NJ 08817 | | - | | | | | | 4,395.00 |
| Account No. | | | | Trade debt | | | | |
| Zenith Products Corp. PO Box 822842 Philadelphia, PA 19182-2842 | | - | | | | | | 753.10 |

Sheet no. __37__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 10,337.73 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 2,133,561.93 |

B6G (Official Form 6G) (12/07)

.

In re    Marburn Stores, Inc.                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Ablar Associartes LLC<br>3101 South Ocean Drive<br>Unit 3505<br>Hollywood, FL 33019 | Store #46 (Totawa), lease expires 2/28/24 |
| Amazing Cedar LLC<br>570 Seventh Avenue<br>Suite 500<br>New York, NY 10018 | Store #66 (Teaneck), lease expires 8/31/16 |
| Audubon Ventures II, LLC<br>120 West Germantown Pike<br>Suite 120<br>Plymouth Meeting, PA 19462 | Store #77 (Audubon), lease expires 9/30/16 |
| Bonanno Real Estate Group II, L.P.<br>107 W. Tryon Avenue<br>Teaneck, NJ 07666 | Office #19 (Fairview), lease expires 12/31/16 |
| Casual Male Retail Store, LLC<br>555 Turnpike Street<br>Canton, MA 02021 | Store #17 (Paramus), lease expires 3/31/15 |
| Dion-Segal Associates<br>1060 Chester Avenue<br>PO box 1068<br>Delran, NJ 08075 | Store #41 (Philadelphia), lease expires 3/15/17 |
| Dion-Segal Associates<br>1060 Chester Avenue<br>PO box 1068<br>Delran, NJ 08075 | Store #43 (Folsom), lease expires 4/30/17 |
| Dion-Segal Associates<br>1060 Chester Avenue<br>PO box 1068<br>Delran, NJ 08075 | Store #55 (Hamilton), lease expires 5/15/15 |
| G & S Shopping Court<br>150 East Route 59<br>Nanuet, NY 10954 | Store #59 (Nanuet), lease expires 2/27/15 |
| Goodmill LLC<br>c/o Goodman Properties<br>636 Old York Road, Second Floor<br>Jenkintown, PA 19046 | Store #47 (Millville), lease expires 4/30/22 |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    Marburn Stores, Inc. _____,    Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Hartford Corners Shopping Center<br>CD Richard Ellis<br>1000 Howard Blvd., Suite 104<br>Mount Laurel, NJ 08054 | Store #60 (Delran), lease expires 11/30/16) |
| J & I Realty Associates, LLC<br>c/o AAC Management Corp.<br>150 East 58th Street, 39th Floor<br>New York, NY 10155 | Store #37 (Toms River), lease expires 12/31/15 |
| Kmart Corporation<br>c/o Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | Store #39 (West Orange), lease expires 1/31/17 |
| Lanes Mill Associates, LLC<br>350 Sentry Parkway, Bldg. 630<br>Suite 300<br>Blue Bell, PA 19422 | Store #009 (Howell), lease expires 2/28/19 |
| Longfish Improvement, LLC<br>c/o DLC Management Corp.<br>PO Box 5122<br>White Plains, NY 10602 | Store #88 (Deptford), lease expires 2/28/16 |
| National Realty & Development Corp.<br>Office Two Limited Partnership<br>3 Manhattanville Road<br>Purchase, NY 10577 | Store #29 (South Plainfield), lease expires 10/31/19 |
| Old 29 LLC<br>11 Saratoga Drive<br>Manalapan, NJ 07726 | Store #78 (Union), lease expires 4/30/17 |
| Patchogue Associates<br>95 Froehlich Farm Blvd.<br>Woodbury, NY 11797 | Store #127 (Patchogue), lease expires 3/31/16 |
| PK Properties Corp.<br>Melville Properties, LLC<br>777 Old Country Road<br>Plainview, NY 11803 | Store #110 (Melville), lease expires 8/31/16 |
| Pliskin Realty and Development, Inc.<br>Plaza 200 Associates, LLC<br>591 Stewart Avenue, Suite 100<br>Garden City, NY 11530 | Store #107 (Carle Place), lease expires 8/31/17 |
| Trackstar Partners<br>5803 15th Street East<br>Bradenton, FL 34203 | Store #42 (Bensalem), lease expires 3/31/17 |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    Marburn Stores, Inc.                                        ,         Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    Marburn Stores, Inc.
_____
                              Debtor(s)

Case No. _____
Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President & CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____51____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    March 13, 2015
_____

Signature    /s/ Edwin F. Hund
_____
            Edwin F. Hund
            President & CEO

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of New Jersey

In re    Marburn Stores, Inc.                          Case No. _____

                                    Debtor(s)        Chapter     11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,793,089.00 | 2015 YTD: Debtor Gross Receipts |
| $20,862,000.00 | 2014: Debtor Gross Receipts |
| $23,936,024.00 | 2013: Debtor Gross Receipts |

---

### 2. Income other than from employment or operation of business

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                 AMOUNT                       SOURCE

B7 (Official Form 7) (04/13)

2

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
□

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| PSE&G PO Box 14444 New Brunswick, NJ 08906 | 1/5/15 | $9,710.01 | $0.00 |
| Philadelphia Newspaper 58 West Valley Avenue PO Box 276 Elysburg, PA 17824-0276 | 12/17/14 | $7,915.14 | $0.00 |
| Newsday, Inc. PO Box 3002 Boston, MA 02241-3002 | 2/16/15 | $15,575.20 | $0.00 |
| North Jersey Media Group 50 Eisenhower Road Paramus, NJ 07652 | 12/30/14 | $7,875.00 | $0.00 |
| Netnix PO Box 1460 Wayne, NJ 07474 | 12/30/14 | $6,525.90 | $0.00 |
| Retrans Freight 420 Airport Road PO Box 9490 Fall River, MA 02720 | 12/15/14; 12/22/14; 2/16/15 | $31,701.83 | $17,650.76 |
| The Hartford PO Box 55126 Boston, MA 02205-5126 | 3/8/15 | $106,669.91 | $0.00 |
| Horizon Blue Cross & Blue Shield 3 Penn Plaza,  PP-M2H Newark, NJ 07105 | 1/1/15; 2/1/15 | $88,713.37 | $44,198.96 |
| The Guardian Life Ins. Co. of America PO Box 13647 Philadelphia, PA 19101-3547 | 2/19/15 | $7,967.03 | $0.00 |

---

˚ *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                                        3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Greenberg Dauber Epstein & Tucker Suite 600, One Gateway Center Newark, NJ 07102 | 3/6/15 | $15,000.00 | $0.00 |
| Custom Data Systems 504 Washington Avenue Kenilworth, NJ 07033 | 2/25/15; 3/4/15 | $84,000.00 | $41,093.75 |
| NJ Advance Media PO Box 8500 Philadelphia, PA 19178-4587 | 2/16/15 | $9,629.71 | $0.00 |
| Fedex P.O. Box 371461 Pittsburgh, PA 15250 | 15/15/14; 1/12/15; 1/26/15 | $24,620.05 | $22,017.72 |

None
■    c.    *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    4

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

| None ■ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

| None ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

| None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| WASSERMAN, JURISTA & STOLZ 110 Allen Road Suite 304 Basking Ridge, NJ 07920 | 3/09/15 | $33,283.00 |

**10. Other transfers**

| None ■ | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

| None ■ | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |
|---|---|

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

5

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

B7 (Official Form 7) (04/13)                                                                                                           7

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*    (An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Eisner Amper LLP<br>2015 Lincoln Highway<br>PO Box 988<br>Edison, NJ 08818 | |
| Edwin Hund<br>Marburn Stores, Inc.<br>13-A Division Street<br>Fairview, NJ 07022 | |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Eisner Amper LLP | 2015 Lincoln Highway<br>PO Box 988<br>Edison, NJ 08818 | 12/31/13 |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Eisner Amper LLP | 2015 Lincoln Highway<br>PO Box 988<br>Edison, NJ 08818 |
| Edwin Hund | c/o Marburn Stores, Inc.<br>13-A Division Street<br>Fairview, NJ 07022 |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Business Financial Services<br>3301 N University Drive<br>Suite 300<br>Coral Springs, FL 33065 | 11/2014 |

---

**20. Inventories**

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 2014 | Edward Hund | $4.7 million market value |

B7 (Official Form 7) (04/13)                                                                                                           8

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 2013 | Edward Hund | $7 million market value |

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 2014 | Edward Hund<br>Marburn Stores, Inc.<br>13-A Division Street<br>Fairview, NJ 07022 |
| 2013 | Edward Hund<br>Marburn Stores, Inc.<br>13-A Division Street<br>Fairview, NJ 07022 |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐  controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Edwin Hund<br>1092 Carteret Road<br>Bridgewater, NJ 08807 | President & CEO | 4% |
| Deborah Egan<br>776 77th Ave.<br>River Edge, NJ 07661 | VP of Merchandising | 2% |

---

**22 . Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■  commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■  immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■  in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                9

**24. Tax Consolidation Group.**

None
■         If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
          group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
          of the case.

NAME OF PARENT CORPORATION                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■         If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
          employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                  10

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.


Date   March 13, 2015                                Signature    /s/ Edwin F. Hund
                                                                  Edwin F. Hund
                                                                  President & CEO


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### District of New Jersey

In re   Marburn Stores, Inc.                                                  Case No.
                                        Debtor(s)                 Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 33,283.00 |
| Prior to the filing of this statement I have received | $ | 33,283.00 |
| Balance Due | $ | 0.00 |

2.  $ 1,717.00  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   March 13, 2015                              /s/ Daniel M. Stolz
                                                     Daniel M. Stolz
                                                     WASSERMAN, JURISTA & STOLZ
                                                     110 Allen Road
                                                     Suite 304
                                                     Basking Ridge, NJ 07920
                                                     (973) 467-2700  Fax: (973) 467-8126
                                                     attys@wjslaw.com

## United States Bankruptcy Court
### District of New Jersey

In re    Marburn Stores, Inc.

         Debtor(s)

Case No. _____

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

*ESOP - 100% Owners.  ESOP owned by current and former employees, names and addresses to be provided.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President & CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____

Signature _____

Edward F. Hund

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re   Marburn Stores, Inc.

Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   March 13, 2015

/s/ Edwin F. Hund

Edwin F. Hund/President & CEO
Signer/Title

.

1888 Mills LLC
Dept. 4102
Carol Stream, IL 60122-4102


A L Ellis Inc.
113 Griffin Street
Fall River, MA 02724


A to Z Mechanical Inc.
HVAC Contracting
309 Union Avenue
Wood Ridge, NJ 07075


AA Smith & Sons LLC
1358 Hooper Ave., #297
Toms River, NJ 08753


Abalon Exterminating Co.
261 Fifth Avenue
Suite 1504
New York, NY 10016


Ablar Associartes LLC
3101 South Ocean Drive
Unit 3505
Hollywood, FL 33019


Ablar Associates LLC
3101 South Ocean Drive
Unit 3505
Hollywood, FL 33019


Abraham Eurotex
459 Courtland Street
Belleville, NJ 07109


Achim Importing
58 Second Avenue
Brooklyn, NY 11215


Actis, LLC
563 Villa Avenue
Staten Island, NY 10302

ADP LLC
PO Box 7247-0372
Philadelphia, PA 19170-0372


AFLAC
1932 Wynnton Road
Columbus, GA 31999


Allan B. Markoff
17 Grist Mill Court
Kings Park, NY 11754


Allied Fire & Safety Equip. Co., Inc.
PO Box 607
Neptune, NJ 07754


Allstate Fire Technologies
289 Sherman Avenue
Newark, NJ 07114


Allure Home Creation
85 Fulton Street
Boonton, NJ 07005


Amazing Cedar LLC
570 Seventh Avenue
Suite 500
New York, NY 10018


Amazing Cedar, LLC
570 Seventh Avenue
Suite 500
New York, NY 10018


Amerock
Draper Hardware, LLC
75 Remittance Dr., Suite 1990
Chicago, IL 60675-1990


Anchor Sales & Marketing, Inc.
d/b/a Anchor Home Products
755 Macopin Road, 1st Floor
West Milford, NJ 07480

APM Snow Removal
170 Regina Avenue
Rahway, NJ 07065


Aqua Pennsylvania, Inc.
PO Box 1229
Newark, NJ 07101-1229


Atlantic City Electric
PO Box 13610
Philadelphia, PA 19101


Audobon Ventures II LLC
120 W. Germantown Pike
Suite 120
Plymouth Meeting, PA 19462


Audubon Ventures II, LLC
120 West Germantown Pike
Suite 120
Plymouth Meeting, PA 19462


Beatrice Home Fashion
151 Helen Street
South Plainfield, NJ 07080


Bed Bath Fashions, Inc.
570 South Avenue East, Suite B-2
Cranford, NJ 07016


Benson Mills Co., Inc.
140 58th Street
Bldg. A, Unit 7J
Brooklyn, NY 11220


Bergen Auto Specialists
728 Bergen Blvd.
Ridgefield, NJ 07657


Bergen Protective Systems
325 Sylvan Avenue
Englewood Cliffs, NJ 07632

Bernard C. Hinden
3931 NE 27th Ave
Pompano Beach, FL 33064


Bess Home Fashions
155 Brookside Avenue
West Warwick, RI 02893


Bethany Associates
PO Box 986
Hammonton, NJ 08037


Better Sleep, Inc.
100 Readington Road, Suite 2
Somerville, NJ 08876


Bonanno Real Estate Group II, L.P.
107 W. Tryon Avenue
Teaneck, NJ 07666


Borough of Paramus
1 Jockish Square
Paramus, NJ 07652


Boston Warehouse
59 Davis Ave
Norwood, MA 02062-3031


Brite Supplies
110 Chestnut Ridge Road
#189
Montvale, NJ 07645


Broadview Networks, Inc.
PO Box 9242
Uniondale, NY 11555-9242


Business Financial Services
3301 N. University Drive, Suite 300
Coral Springs, FL 33065


Cablevision PA
PO Box 371378
Pittsburgh, PA 15250-7378

Cablevision/MA
PO Box 9256
Chelsea, MA 02150-9256


Carnation Home Fashions
53 Jeanne Drive
Newburgh, NY 12550


Cassone Leasing, Inc.
1950 Lakeland Avenue
Ronkonkoma, NY 11779


Casual Male Retail Store, LLC
555 Turnpike Street
Canton, MA 02021


Central Window Cleaning
124 Front Street
Room 201
Massapequa Park, NY 11762


CHF Industries, Inc.
Dept. 40310
PO Box 740209
Atlanta, GA 30374-0209


City of Philadelphia
PO Box 8409
Philadelphia, PA 19101-8409


City of Philadelphia
Water Revenue Bureau
PO Box 41496
Philadelphia, PA 19101-1496


CLC Locksmiths
2103 Branch Pike
Unit 5
Riverton, NJ 08077


Comcast Cable
PO Box 1577
Newark, NJ 07101-1577

Comcast Cable
PO Box 196
Newark, NJ 07101-0196


Comcast Cable/PA
PO Box 3002
Southeastern, PA 19398-3002


Comcast/PA
PO Box 3001
Southeastern, PA 19398-3001


Commercial Janitorial
209 Second Street
Palisades Park, NJ 07650


Corona Curtain
155 Brookside Avenue
PO Box 190
West Warwick, RI 02893


Creative Bath Products
250 Creative Drive
Central Islip, NY 11722


Croscill Home LLC
PO Box 934021
Atlanta, GA 31193-4021


Curtain Chic
85 Wingold Street
Fall River, MA 02720


Custom Data Systems
504 Washington Avenue
Kenilworth, NJ 07033


David Dion & Ellis Segal
PO Box 1068
Riverside, NJ 08075


Dependable Industries, Inc.
4100 First Avenue
Brooklyn, NY 11232-3303

Dex Media
PO Box 619810
Dallas, TX 75261


Dion-Segal Associates
1060 Chester Avenue
PO box 1068
Delran, NJ 08075


Doug, Don & Dad
PO Box 516
Bensalem, PA 19020


Duplitron, Inc.
225 Sand Road
Suite 100
Fairfield, NJ 07004


Edward Hughes & Son Inc.
PO Box 29398
Philadelphia, PA 19125


Elizabethtown Gas
PO Box 5412
Carol Stream, IL 60197-5412


Elrene Home Fashions
261 5th Avenue, 10th Floor
New York, NY 10016


Empire Waste Removal Corp.
Harbor Carting Corp.
PO Box 381
Commack, NY 11725-0381


Europatex, Inc.
301 Summit Avenue
Jersey City, NJ 07306


Excell Home Fashions, Inc.
PO Box 602294
Charlotte, NC 28260-2294

Federal Cleaning
P.O. Box 516
Manasquan, NJ 08736


Fedex
P.O. Box 371461
Pittsburgh, PA 15250


G & S Shopping Court
150 East Route 59
Nanuet, NY 10954


Gaeta Recycling Co, Inc.
278 West Railway Ave.
Paterson, NJ 07503


George Leck & Son, Inc.
PO Box 2609
Ivyland, PA 18974-2609


Ginsey Industries, Inc.
PO Box 828683
Philadelphia, PA 19182-8683


Goodmill LLC
c/o Goodman Properties
636 Old York Road, Second Floor
Jenkintown, PA 19046


H C International, Inc.
37 Montclair Avenue
Little Falls, NJ 07424


Hartford Corners 3 Corp.
PO Box 6149
Hicksville, NY 11802-6149


Hartford Corners Shopping Center
CD Richard Ellis
1000 Howard Blvd., Suite 104
Mount Laurel, NJ 08054


HDS Trading Corp.
PO Box 798001
Saint Louis, MO 63179-8000

Home Fashion International
315 5th Avenue, Suite 601
New York, NY 10016


Horizon BCBS of NJ, Inc.
PO Box 1738
Newark, NJ 07101-1738


HRL Landscape Contractors
PO Box 2423
Wayne, NJ 07474


Huntington Window Cleaning
PO Box 562
Huntington, NY 11743


Impact CDC
1952 E. Allegheny Ave
Philadelphia, PA 19134


Imperial Bag & Paper Co.
255 Route 1&9
Jersey City, NJ 07306


Inter Design, Inc.
PO Box 39606
Solon, OH 44139-0606


Interstate Waste Services
PO Box 554744
Detroit, MI 48255-4744


J & I Realty Associates, LLC
c/o AAC Management Corp.
150 East 58th Street, 39th Floor
New York, NY 10155


J R Packaging Co., Inc.
PO Box 1183
Bronx, NY 10471


J.F. Huebner & Son
13131-R Townsend Road
Philadelphia, PA 19154-1013

Jamaica Ash & Rubbish
172 School St
PO Box 833
Westbury, NY 11590


JCP&L
PO Box 3687
Akron, OH 44309-3687


JFI Printing Inc.
107 Terrace Ave
Butler, NJ 07405


John Asta & Company
PO Box L-715
Langhorne, PA 19047


Joseph Silverman
1733 Sea Fair Drive
Unit 15167
Saint Augustine, FL 32080


K Wik-Ticket, Inc.
4101 Glenwood Road
Brooklyn, NY 11210


Kennedy International, Inc.
25 Stults Road
Dayton, NJ 08810


Kenney Manufacturing Co.
Attn: Accounts Receivable
1000 Jefferson Blvd
Warwick, RI 02886


Kikkerland Design, Inc.
c/o JP Morgan Chase
PO Box 30892
New York, NY 10087-0892


Kmart Corporation
12664 Collections Center Drive
Chicago, IL 60693

Kmart Corporation
c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179


Lanes Mill Associates, LLC
350 Sentry Parkway, Bldg. 630
Suite 300
Blue Bell, PA 19422


Larry's Florist, Inc.
662 Anderson Ave
Cliffside Park, NJ 07010


Lees Curtain Company
261 Fifth Avenue
11th Floor
New York, NY 10016


Levinsohn Textile Co. Inc.
230 Fifth Ave
Suite 1510
New York, NY 10001


Lichtenberg & Co., Inc.
295 Fifth Ave
Room 918
New York, NY 10016


Longfish Improvement, LLC
c/o DLC Management Corp.
PO Box 5122
White Plains, NY 10602


Lorraine Home Fashions
295 Fifth Ave
Suite 506
New York, NY 10016


Louis T. Roselle
54 Montesano Road
Fairfield, NJ 07004-3310

Madison Industries, Inc.
295 Fifth Ave
Suite 512
New York, NY 10016


Mohawk Factoring, Inc.
160 South Industrial Blvd
Calhoun, GA 30701


MSM Industries
Marketing & Sales Mgmt. Corp.
PO Box 23077
Columbus, GA 31902


Muniservices LLC
51 North 3rd Street
PMB#215
Philadelphia, PA 19106-4597


Natco Product Corp.
155 Brookside Ave
West Warwick, RI 02893


National Grid
PO Box 11791
Newark, NJ 07101-4791


National Realty & Development Corp.
Office Two Limited Partnership
3 Manhattanville Road
Purchase, NY 10577


Newell Rubbermaid, Inc.
75 Remittance Drive
Suite 1167
Chicago, IL 60675-1167


Nidico Group
a/k/a Oxford Home Fashions
775 American Drive
Bensalem, PA 19020


NJ American Water Co.
Box 371331
Pittsburgh, PA 15250-7331

NJ Natural Gas
PO Box 11743
Newark, NJ 07101-4743


Office Two Limited Partnership
c/o PNC Bank National Assoc.
PO Box 827159
Philadelphia, PA 19182-7159


Old 29 LLC
11 Saratoga Drive
Manalapan, NJ 07726


Orange and Rockland
PO Box 1005
Spring Valley, NY 10977


Paetec Communications, Inc.
PO Box 9001013
Louisville, KY 40290-1013


Paris Presents, Inc.
2911 Momentum Place
Chicago, IL 60689-5329


Patchogue Associates
95 Froehlich Farm Blvd.
Woodbury, NY 11797


Patchogue Realty Assoc. LLC
c/o Pergament Properties
95 Froehlich Farm Blvd
Woodbury, NY 11797


PDK Worldwide Enterprises, Inc.
240 Fifth Avenue
New York, NY 10001


Peco Energy
PO Box 37629
Philadelphia, PA 19101


Peerless Data Systems
750 Hamburg Turnpike
Pompton Lakes, NJ 07442

Pegasus Pillow Co.
107 Trumbull St
Elizabethport, NJ 07206


Philadelphia Gas Works
PO Box 11700
Newark, NJ 07101-4700


PK Properties Corp.
Melville Properties, LLC
119 West 72nd Street, Box 128
New York, NY 10023


PK Properties Corp.
Melville Properties, LLC
777 Old Country Road
Plainview, NY 11803


Plaza 200 Associates LLC
591 Stewart Avenue
Suite 100
Garden City, NY 11530


Pliskin Realty and Development, Inc.
Plaza 200 Associates, LLC
591 Stewart Avenue, Suite 100
Garden City, NY 11530


President Industrial Products LLC
PO Box 387
Wood Ridge, NJ 07075-0387


PSE&G
PO Box 14444
New Brunswick, NJ 08906


PSE&G Long Island
PO Box 888
Hicksville, NY 11802-0888


Quill Corp.
PO Box 37600
Philadelphia, PA 19101-0600

Ralph Friedland & Bros.
17 Industrial Drive
Keyport, NJ 07735

Regal Home Eollections
295 Fifth Avenue
Suite 1012
New York, NY 10016

Reliable Fire Protection
20 Meridian Road, Sute 1
Eatontown, NJ 07724

Retrans Freight
420 Airport Road
PO Box 9490
Fall River, MA 02720

Ricardo Trading, LLC
188 Sycamore Street
Watertown, MA 02472

Richloom Home Fashions
261 fth Avenue
New York, NY 10016

Saturday Knight Ltd.
2100 Section Road
Cincinnati, OH 45237-3510

Sentinel Fire Control
9034 Tonnelle Ave
North Bergen, NJ 07047

Smartwatt Energy Inc.
3 Roselle Drive
Ballston Lake, NY 12019

South Jersey Gas Company
PO Box 6091
Bellmawr, NJ 08099-6091

Standard Textile Co.
PO Box 3000
Baltimore, MD 21229

Supervalu Inc.
New Albertsons Inc.
PO Box 956679
Saint Louis, MO 63195-6679


The Paul Revere Lie Ins.
5829 Collections Center Drive
Chicago, IL 60693


Time Warner Cable
PO Box 11820
Newark, NJ 07101-8120


Todaro & Sons Maintenance Service
2077 Morrison Avenue
Union, NJ 07083


Toms River Township
Fire Commissioners
PO Box 728
Toms River, NJ 08754


Town & Country Linen Corp.
475 Oberlin Ave. South
Lakewood, NJ 08701-6904


Township of Ridley
Tri State Financial Group
PO Box 38
Bridgeport, PA 19405


Township of Union
981 Caldwell Ave
Union, NJ 07083


Trackstar Partners
5803 15th Street East
Bradenton, FL 34203


Tri State Insurance Fund
NYSIF Disability Benefits
PO Box 5239
New York, NY 10008-5239

Tri-State Carting, Inc.
PO Box 5298
Toms River, NJ 08754-5298


Tulpehocken Spring Water
200 North 1st St., Suite E
Stroudsburg, PA 18360-2518


Tyco Integrated Security LLC
PO Box 371967
Pittsburgh, PA 15250-7967


Union Security Ins. Co.
Assurant Employee Benefits
PO Box 807009
Kansas City, MO 64184-7009


Unique Lawn Care Inc.
286 Werimus Road
Woodcliff Lake, NJ 07677-7714


United Curtain Co., Inc.
91 Wales Avenue
Avon, MA 02322


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


United Water New Jersey
PO Box 371804
Pittsburgh, PA 15250


United Water New York
PO Box 371804
Pittsburgh, PA 15250


UNUM Life Insurance Co. of America
PO Box 406990
Atlanta, GA 30384-6990


USA Security Services, Inc.
240 Frisch Court
Suite 303
Paramus, NJ 07652

Usable Life
PO Box 8186
Little Rock, AR 72203-8186


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Verizon
PO Box 15124
Albany, NY 12212-5124


Verizon
PO Box 28000
Lehigh Valley, PA 18002


Verizon
PO Box 920041
Dallas, TX 75392-0041


Verizon
PO Box 4648
Trenton, NJ 08650-4648


Verizon Business
PO Box 660720
Dallas, TX 75266-0720


Verlcro USA, Inc.
PO Box 414871
Boston, MA 02241-4871


Versailles Home Fashions
8551 Ray Lawson Blvd.
Ville D'Anju
QUEBEC CANADA H1J 1K6


Victoria Classics
d/b/a Textiles from Europe, Inc.
Box 347123
Pittsburgh, PA 15251-7123

Vivatex Home Collections, Inc.
230 5th Avenue
Suite 705
New York, NY 10001


Waste Industries, Inc.
800 East Grand St.
Elizabeth, NJ 07201


Waste Management, Inc.
PO Box 13648
Philadelphia, PA 19101-3648


Western Pest Services
177 Route 37 West Road
Toms River, NJ 08755-8046


Western Pest Services
20 West Ridgewood Ave
Paramus, NJ 07652-2333


Western Pest Services
423 Shrewsbury Ave
Shrewsbury, NJ 07702-4012


Western Pest Services
PO Box 259
Spring House, PA 19477-0259


Western Termine & Pest
3310 West Chester Pike
Newtown Square, PA 19073-4611


Western Termite Services
458 Rotue 38 East
Maple Shade, NJ 08052


Windham Home
155 Brookside Avenue
West Warwick, RI 02893


Worldwide Window Fashions
PO Box 46945
Philadelphia, PA 19160

Y.M.F. Carpet, Inc.
5 Truman Dr. South
Edison, NJ 08817


Zenith Products Corp.
PO Box 822842
Philadelphia, PA 19182-2842

# United States Bankruptcy Court
### District of New Jersey

In re  Marburn Stores, Inc.

Debtor(s)

Case No.

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Marburn Stores, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 13, 2015

Date

/s/ Daniel M. Stolz

Daniel M. Stolz

Signature of Attorney or Litigant

Counsel for   Marburn Stores, Inc.

WASSERMAN, JURISTA & STOLZ

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700 Fax:(973) 467-8126
attys@wjslaw.com