Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15–14411–VFP
Chapter:  11
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marburn Stores, Inc.
  13–A Division Street
  Fairview, NJ 07022

Social Security No.:


Employer's Tax I.D. No.:
  22–2180815

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:               March 17, 2015
Time:              02:00 PM
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

to consider and act upon the following:

*4* – Motion to Use Cash Collateral Filed by Daniel Stolz on behalf of Marburn Stores, Inc.. (Attachments: # 1 List of 20 Largest Creditors # 2 Motion for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral, Granting Adequate Protection, Granting Related Relief and Scheduling Final Hearing Thereon # 3 Exhibit A # 4 Proposed Order Authorizing Use of Cash Collateral) (Stolz, Daniel)

*5* – Motion re: for Authorization to Maintain Existing Bank Accounts and Continue Using Existing Business Forms, Checks and Cash Management System Filed by Donald W Clarke on behalf of Marburn Stores, Inc.. (Attachments: # 1 List of 20 Largest Creditors # 2 Motion for Authorization to Maintain Existing Bank Accounts and Continue Using Existing Business Forms, Checks and Cash Management System # 3 Proposed Order Authorizing the Debtor's Maintenance of Existing Bank Accounts and Continued Use of Existing Business Forms, Checks and Cash Management System) (Clarke, Donald)

and transact such other business as may properly come before the meeting.


Dated: March 13, 2015
JJW: jf

James J. Waldron
Clerk
